United States District Court
Northern District of California

1

2

3

**UNITED STATES DISTRICT COURT**

4

**NORTHERN DISTRICT OF CALIFORNIA**

5

**SAN JOSE DIVISION**

6

7

J & J SPORTS PRODUCTIONS, INC.,

Case No.   15-cv-01606-BLF

Plaintiff,

8

9

v.

**ORDER VACATING HEARING**

10

SERGIO MOREIRA MARTINEZ,

Defendant.

11

12

13

Pursuant to Civ. L.R. 7-1(b), the Court finds Plaintiff's motion to alter judgment suitable

14

for submission without oral argument and hereby VACATES the hearing scheduled for January 7,

15

2016.

16

**IT IS SO ORDERED.**

17

Dated: December 30, 2015

18

_____
BETH LABSON FREEMAN
United States District Judge

19

20

21

22

23

24

25

26

27

28